UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K AREN L. D ANIEL,

     Plaintiff,

                                                    Case No. 1:09-cv-807
v.
                                                    HONORABLE PAUL L. MALONEY

G ANZ USA, LLC AND
G ANZ, I NC.,

     Defendants.
_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for plaintiff a notice of impending dismissal for failure to serve, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED without prejudice**.

     **IT IS SO ORDERED**.


Dated: January 27, 2010                       /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           Chief United States District Judge